479 A.2d 1118

Commonwealth v. Beavers, Appellant.

Submitted March 23, 1984.   Carmela R.M. Presogna, Assistant Public Defender, for appellant;  Michael J. Veshecco, District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Affirmed.